FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

LAWRENCE L. TONG  #3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 11-00503JMS-05 |
| | ) |
| Plaintiff, | ) ORDER DIRECTING COMPETENCY |
| | ) EVALUATION |
| vs. | ) |
| | ) |
| PETER HOY,         (05) | ) |
|     aka "Petro Hoy," | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER DIRECTING COMPETENCY EVALUATION

On May 9, 2012, this case came on for a hearing on defendant Peter Hoy's waiver of Indictment, and the entry of a guilty plea to a charge set forth in an Information.  The court began a colloquy with defendant, and developed reasonable cause to believe that he may not be competent to stand trial or proceed in this matter.  The court having raised this matter on its own motion, and good cause appearing,

IT IS HEREBY ORDERED that defendant Peter Hoy be examined by a licensed psychologist or psychiatrist, who shall prepare a report including the following information:

(1) defendant Peter Hoy's history and present symptoms;

(2) a description of the psychiatric, psychological and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis and whether defendant Peter Hoy is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS FURTHER ORDERED that the examiner shall file the report with the court, and provide copies to counsel for defendant Peter Hoy, and counsel for the United States. Following receipt of the report, the court shall hold a hearing

//
//
//
//
//

under 18 U.S.C. § 4247(d) to determine defendant Peter Hoy's mental competency.

DATED: May 21, 2012, at Honolulu, Hawaii.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

APPROVED AS TO FORM:

/s/ Dana S. Ishibashi
_____
DANA S. ISHIBASHI
Attorney for Defendant
PETER HOY, aka "Petro Hoy"

UNITED STATES v. PETER HOY, aka "Petro Hoy"
CR. No. 11-00503JMS-05
Order Directing Competency Evaluation

3