# MINUTES

CASE NUMBER:      CR11-00503JMS

CASE NAME:        USA v. (05) Peter Hoy

ATTYS FOR PLA:    Lawrence Tong

ATTYS FOR DEFT:   (05) Dana Ishibashi

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:   FTR C5

DATE:     1/11/2013                  TIME:       9:47-9:52am

COURT ACTION:  EP:  Status Conference (with counsel only) as to Defendant (05) Peter Hoy - defendant's presence waived.

Court is in receipt of the Report (document no. 153).

Government has reviewed and accepts the conclusion of the Report. Government agrees to a finding that Defendant is incompetent. Government orally moves to dismiss all charges as to defendant 05 without prejudice.

Defendant has no objection to the case being dismissed without prejudice.

Government to submit the Order regarding competency and granting the Government's oral Motion to Dismiss. Oral Motion to Dismiss terminated.

Submitted by: Shari Afuso, Courtroom Manager