FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LAWRENCE L. TONG #3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 11-00503-JMS-05 |
| | ) | |
| Plaintiff, | ) | ORDER FINDING DEFENDANT |
| | ) | PETER HOY INCOMPETENT TO |
| vs. | ) | STAND TRIAL AND DISMISSING |
| | ) | CHARGES WITHOUT PREJUDICE |
| PETER HOY,         (05) | ) | |
| aka "Petro Hoy," | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER FINDING DEFENDANT PETER HOY INCOMPETENT
TO STAND TRIAL AND DISMISSING CHARGES WITHOUT PREJUDICE

On May 21, 2012, this court directed that defendant Peter Hoy undergo an evaluation to determine whether he is mentally competent to proceed to trial.  The evaluation was conducted on November 29, 2012 by George C. Choi, PsyD, a licensed psychologist on the island of Maui.  The court subsequently received a December 12, 2012 report from Dr. Choi,

giving the opinion that defendant Hoy is not presently competent to stand trial.

On January 11, 2013, this matter came before United States Magistrate Judge Kevin S. Chang for a status conference. The government accepted Dr. Choi's opinions and agreed to a finding that defendant Hoy is not presently competent to stand trial. The government then moved, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for a dismissal of all charges in the superseding indictment as to defendant Hoy, without prejudice. The court having reviewed the psychological report and the minutes of the hearing, and good cause appearing,

IT IS HEREBY ORDERED that defendant Peter Hoy is determined to be mentally incompetent to stand trial at this time. IT IS FURTHER ORDERED that the government's motion to dismiss is granted, and that all charges in the superseding indictment against defendant Peter Hoy are dismissed without prejudice. This dismissal shall not affect the charges against the other defendants in the case.

DATED: Honolulu, Hawaii, January 15, 2013.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

United States v. Peter Hoy, Cr. No. 11-00503-JMS-05
Order Finding Defendant Peter Hoy Incompetent
to Stand Trial and Dismissing Charges Without Prejudice